Christopher GRAHAM, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 436, 2017

Supreme Court of Delaware.

Submitted: December 5, 2017

Decided: December 18, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1610015362 (K)

DISMISSED.

Mikeal J. STONE, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 588, 2016

Supreme Court of Delaware.

Submitted: October 5, 2017

Decided: December 18, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1602010302 (N)

GRANTED. AFFIRMED.

James Arthur BIGGINS, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 494, 2017

Supreme Court of Delaware.

Submitted: December 14, 2017

Decided: December 18, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 9609015504 (N)

DISMISSED.